UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

          Plaintiff,

against

TRY THE WORLD, INC.,

          Defendant.

CIVIL ACTION NO.:  20 Civ. 2071 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

The Complaint in this action was served on June 23, 2020, with Defendant's Answer due on July 14, 2020.  (ECF No. 9).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Honorable Paul G. Gardephe's Individual Rules of Practice, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, August 31, 2020**.

Dated:    New York, New York
          August 17, 2020

SO ORDERED

_____
**SARAH L. CAVE**